IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN PHEIL,

    Plaintiff,

v.

                              Case No.:    10 CV 0659

DR. ADLER,

    Defendant.

## ORDER

The Court being apprised of the stipulation of the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned matter is dismissed with prejudice, without further notice and without costs to any party.

Dated: _April 24_, 2013

                              BY THE COURT:

                              _Barbara B. Crabb_